## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **SHARE HIS STORY, INC.**, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-cv-2922 |
| v. | ) ) | Judge Conlon |
| **ROMAN, INC.,** an Illinois corporation, | ) ) | Magistrate Judge Brown |
| Defendant. | ) | |

## MOTION TO RESET STATUS HEARING DATE

NOW COMES the Plaintiff, Share His Story, Inc. ("SHARE HIS STORY"), by and through its attorney, Mark E. Wiemelt, of the Law Offices of Mark E. Wiemelt, P.C., under Fed. R. Civ. P. 6(b), 16 and 26, and moves this Honorable Court to reset the status hearing date previously scheduled in this matter, and in support thereof state as follows:

1. On June 5, 2006, the Court entered an Order scheduling a status hearing on June 29, 2006 at 9:00 a.m.

2. The undersigned counsel will be out-of-town June 29, 2006 through July 5, 2006.

3. The undersigned counsel will be available for a status hearing July 6, 7 & 10-14, 2006.

4. An appearance has not yet been filed on behalf of Defendant in this matter.

5. This Motion is not being made for the purpose of inconvenience, delay or harassment.

WHEREFORE, the Plaintiff respectfully requests that this Court issue an Order resettiing the status hearing date, and for such further relief as this Court deems just and proper.

SHARE HIS STORY

By: _____
        One of Its Attorneys

Mark E. Wiemelt - IL. Atty. #: 06208213
**Law Offices of Mark E. Wiemelt, P.C.**
10 South LaSalle Street, Ste. 3300
Chicago, Illinois 60603
Ph: (312)372-7664
fax: (312)372-6558
E-mail: mark@wiemeltlaw.com