**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **Share His Story, Inc.** ) | ) |
| an Illinois Corporation ) | ) |
|  ) | Case No. 06-cv-2922 |
| Plaintiff, ) | ) |
|  ) | Judge Suzanne Conlon |
| v. ) | ) |
|  ) | Magistrate Judge Geraldine Soat Brown |
| **Roman, Inc.** ) | ) |
| an Illinois Corporation ) | ) |
|  ) | ) |
| Defendant. ) | ) |

**NOTICE OF AGREED MOTION**

TO:   Mark E. Wiemelt
       Law Offices of Mark E. Wiemelt, P.C.
       10 South LaSalle Street, Suite 3300
       Chicago, IL 60603
       Email: mark@wiemeltlaw.com

   PLEASE TAKE NOTICE that on Wednesday, the 14th day of June, 2006 at 9:00 a.m., or as soon thereafter as this motion may be heard, we shall appear before Honorable Judge Conlon, or any judge sitting in her stead, in courtroom 1743, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois and shall then and there present Defendant Roman Inc.'s **AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT AND TO RESET STATUS HEARING DATE**, a true and correct copy of which was previously served upon you.

Dated: June 9, 2006                                          **ROMAN, INC.**

                                                             By:  /s/ Louis J. Alex
                                                                 One of Its Attorneys

John L. Alex, Registration No. 0027189
Louis J. Alex, Registration No. 6274458
COOK, ALEX, McFARRON, MANZO,
 CUMMINGS & MEHLER, LTD.
200 West Adams Street, Suite 2850
Chicago, Illinois 60606
(312) 236-8500